# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:18-CV-262-KDB-DSC

| | |
|---|---|
| SHEILA RANDALL,<br><br>      Plaintiff,<br><br>vs.<br><br>GASTON COMMUNITY ACTION INC.,<br>JOSEPH W. DIXON, CAROL KILGO,<br>and TRAVICE CONNER,<br>      Defendants. | ORDER |

## ORDER

Upon consideration of the Joint Motion to Amend Case Management Order, it is

**ORDERED** that the Motion is **GRANTED.** The February 6, 2019 Case Management Order deadlines are amended as follows:

    a.   Discovery Completion      September 18, 2019

    b.   ADR      September 18, 2019

    **c.**   Dispositive Motions (filed)      October 9, 2019

**SO ORDERED**.

Signed: July 15, 2019

_____
David S. Cayer
United States Magistrate Judge

{M0210235.1}